UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA ISABEL MONTOYA ORELLANA,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-00365 DJC SCR<br><br>ORDER |

Petitioner was a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21. 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations for the reasons indicated in their prior responsive pleading.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 15) are adopted in full.
2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted on the Fifth Amendment procedural due process claim only (Count One).
3. The Court denies the remaining claims in the § 2241 petition in the interests of judicial economy since the requested relief has been granted.
4. The preliminary injunctive relief previously granted is made permanent.
5. All pending motions, if any, are denied as moot.
6. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

mont0365.JO.imm